**STATE of Missouri, Respondent,**

**v.**

**Jadon FORT, Appellant.**

**No. ED 82240.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 2, 2003.

Gwenda R. Robinson, St. Louis, MO, for appellant.

John M. Morris III, Patrick T. Morgan, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J, and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Jadon Fort appeals the judgment entered on a jury verdict convicting him of second degree domestic assault in violation of Section 565.073 RSMo (2000). He challenges the trial court's ruling admitting evidence of his alleged prior bad acts committed against his victim.

We have reviewed the briefs of the parties and the record on appeal, we conclude the trial court did not abuse its discretion. *State v. Churchill*, 98 S.W.3d 536, 538 (Mo. banc 2003). An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum, only for the use of the parties, setting forth the reasons for our decision.

curred on Appeal, filed on August 13, 2003, is hereby denied.

We affirm the judgment pursuant to Rule 30.25(b).